UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONI BROWNING, OBO
WAYNE BROWNING,

        Plaintiff,                      Case No. 18-cv-10755

                                          Paul D. Borman
v.                                       United States District Judge

                                          Elizabeth A. Stafford
                                          United States Magistrate Judge

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**<u>ORDER: (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF #19); (2) GRANTING PLAINTIFF'S MOTION FOR REMAND UNDER SENTENCE FOUR OF 42 U.S.C. §405(g) FOR FURTHER CONSIDERATION CONSISTENT WITH THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF #15); AND (3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #18)</u>**

Now before the Court is the Report and Recommendation of Magistrate Judge Elizabeth A. Stafford (ECF #19) recommending that the Court grant Plaintiff Joni Browning's Motion for Summary Judgment (ECF #15), on behalf of her deceased husband, Wayne Browning, and deny Defendant Commissioner of Social Security's Motion for Summary Judgment (ECF #18).

Having reviewed the Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich. Local Rule 72.1(b), the Court ADOPTS the Magistrate Judge's Report and Recommendation, GRANTS Plaintiff's Motion for Remand, DENIES Defendant's Motion for Summary Judgment, and REMANDS this matter under sentence four of 42 U.S.C. §405(g) for further consideration consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated: March 28, 2019              s/Paul D. Borman
                                   Paul D. Borman
                                   United States District Judge